# EXHIBIT 6

Log in or Create account

Cart



☰ Menu    TRUE COMPANY   A Beauty Company    🛒 Cart



as seen on
abc FOX Hallmark



### Advanced Plus 3

**$29.00**

Quantity

[ 1 ]

Add to Cart

HOME   CONSUMER   REDEEM   PRODUCTS   REPLACEMENT   CONTACT US   FAQ   WARRANTY   MIRAI

This system features a Pre, During and Post Whitening process for the best whitening experience you have ever had guaranteed! Best of all just use the Advanced Plus 3 a couple times a week for just 24 minutes and start seeing results after the first treatment! Have a reason to start smiling again with the new Advanced Plus 3!

Benefits:

- Patented 3 Step Technology
- Enough for 20-25 Treatments
- Same Strength as In-Office Dental Whitening
- Refills available

Features:

- Innovative LED Mouth Piece
- Beautiful Packaging
- Most Innovative Whitening System of 2016

STATEMENTS ON THIS SITE HAVE NOT BEEN EVALUATED BY THE FDA. PRODUCTS LISTED ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

Copyright © 2017, True Company. ALL RIGHTS RESERVED.