# EXHIBIT 8

truewhite
WHITENING SYSTEM

advancedPlus 3